# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PANAMA CITY DIVISION

DUSTEN ALEXANDER MAHON,

      **Plaintiff,**

v.                        **CASE NO. 5:17cv182-MCR/CAS**

SHERIFF JOHN TATE,
and MIKE MOORE,

      **Defendants.**

_____/

## O R D E R

This matter is before the Court on the Report and Recommendation of the U.S. Magistrate Judge dated July 20, 2018. ECF No. 36. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant 28 U.S.C. § 636(b)(1). The Court has made a *de novo* determination of the timely filed objections, ECF Nos. 38, 39.

Having considered the Report and Recommendation, and the objections, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED:**

1. The Report and Recommendation, ECF No. 36, is adopted and incorporated by reference in this Order.

2. The Motion to Dismiss, ECF No. 30, is **GRANTED**.

3. The Fourth Amended Complaint is **DISMISSED**. The Clerk of Court is directed to note on the docket that this case was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), and close the file.

**DONE AND ORDERED** this 29th day of August 2018.


_s/_ _M. Casey Rodgers_
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**